IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY ALSTROM and DALE ALSTROM,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON SERVICES, et al.,<br><br>Defendants.<br>_____ / | No. C 13-02224 SI<br><br>**RECUSAL ORDER** |

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: 5/23/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE