```
 1  Alexander G. Calfo, Bar No. 152891
    alexander.calfo@btlaw.com
 2  Kelley S. Olah, Bar No. 245180
    kelley.olah@btlaw.com
 3  BARNES & THORNBURG LLP
    2049 Century Park East, Suite 3550
 4  Los Angeles, California 90067
    Telephone:    (310) 284-3880
 5  Facsimile:    (310) 284-3894

 6  Attorneys for Defendants
    DEPUY ORTHOPAEDICS, INC.; JOHNSON &
 7  JOHNSON SERVICES, INC.; JOHNSON &
    JOHNSON (erroneously sued as "Johnson &
 8  Johnson, Inc.") and DEPUY INTERNATIONAL
    LIMITED (erroneously sued as "DePuy
 9  International, Ltd.")
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDY ALSTROM AND DALE ALSTROM,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHAPAEDICS, INC.; DEPUY INTERNATIONAL, LTD.; THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. CV13-02224-SI   EMC<br><br>[~~PROPO~~SED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS<br><br>JURY TRIAL DEMANDED<br><br>Trial Date:   None Set |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs JUDY ALSTROM and DALE ALSTROM and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY INTERNATIONAL LIMITED (erroneously sued as

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -   CV13-02224-SI

[PROPOSED] ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS

1  "DePuy International, Ltd."), THOMAS P. SCHMALZRIED, M.D. and THOMAS P.
2  SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION (hereafter collectively "the
3  Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good
4  cause shown, it is hereby ORDERED that:

  1. The Parties' request for a stay of proceedings is GRANTED;

  2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation, MDL Docket No. 2244.

  3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____5/29_____, 2013



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen